IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORI ROWLANDS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **No. 14-cv-5843** |
| | : | |
| **BANGOR AREA SCHOOL DISTRICT,** | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this 13th day of January 2015, upon consideration of defendant's motion to dismiss plaintiff's amended complaint pursuant to Fed. R. Civ. P. 12(b)(1) (Doc. No. 8), the plaintiff's motion to remand (Doc. No. 9) and all responses thereto, it is hereby **ORDERED** that the defendant's motion is **DENIED** and the plaintiff's motion to remand is **GRANTED** for the reasons stated in the accompanying memorandum.

This case is **REMANDED** to the Court of Common Pleas of Northampton County.[1]

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] The Clerk of Courts shall **CLOSE** this case after it has been transferred back to state court.